1
2
3
4
5
6
7
8
9                   UNITED STATES DISTRICT COURT
10                 CENTRAL DISTRICT OF CALIFORNIA
11
12   WARREN L. WALKER,              )   Case No.  SA CV 13-999 MRW
13                    Plaintiff,    )
                                    )   JUDGMENT
14           vs.                    )
15   CAROLYN W. COLVIN,             )
     Acting Commissioner of Social  )
16   Security,                      )
                                    )
17                    Defendant.    )
18   _____ )
19
20        The decision of the Administrative Law Judge is AFFIRMED.  Judgment is
21   hereby entered in favor of Defendant.
22
23   DATE: April 8, 2014
24                                   _____
25                                   HON. MICHAEL R. WILNER
                                     UNITED STATES MAGISTRATE JUDGE
26
27
28